```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 21210
   ROBERT V. LAMB
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
      SSN XXX-XX-4732


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 11/13/07 .

    2.  The case was dismissed without confirmation, 05/08/2008.

    3.  The Debtor paid a total of $   9054.00 .

    4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
EASTERN SAVINGS BANK       CURRENT MORTG         .00            .00            .00
EASTERN SAVINGS BANK       MORTGAGE ARRE   NOT FILED            .00            .00
DUPAGE COUNTY COLLECTOR    SECURED         NOT FILED            .00            .00
ILLINOIS DEPT REVENUE      SECURED         NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   SECURED         NOT FILED            .00            .00
COLLEEN MUELLER            CHILD SUPPORT   NOT FILED            .00            .00
ASPIRE VISA                UNSECURED       NOT FILED            .00            .00
AT&T MOBILITY LLC          UNSECURED       NOT FILED            .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED            .00            .00
COMED                      UNSECURED       NOT FILED            .00            .00
COMPUTER CREDIT            UNSECURED       NOT FILED            .00            .00
CREDIT ONE BANK            UNSECURED       NOT FILED            .00            .00
DELL FINANCIAL             UNSECURED       NOT FILED            .00            .00
HSBC                       UNSECURED       NOT FILED            .00            .00
NICOR GAS                  UNSECURED       NOT FILED            .00            .00
AMERITECH                  UNSECURED       NOT FILED            .00            .00
TRIBUTE GOLD MASTERCARD    UNSECURED       NOT FILED            .00            .00
         Summary of disbursements:
------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED       OTHER           TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00          .00          .00          .00             .00
PRINCIPAL PAID         .00          .00          .00          .00             .00
INTEREST PAID          .00          .00          .00          .00             .00
TOTAL PAID             .00          .00          .00          .00             .00
The Debtor's attorney, JAMES A YOUNG & ASSOC           , was allowed $   3500.00
and was paid $   2000.00  direct and $   1500.00  through the plan.

The Trustee received $       92.36 .

Refunds to the Debtor totaled $    7461.64 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 08/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 21210 ROBERT V. LAMB